JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| US Bank National Association,<br><br>            Plaintiff,<br><br>     v.<br><br>Raymond L. Espiritu,<br><br>            Defendants. | CASE NO. SACV 08-973-JVS(JCx)<br><br>ORDER REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT |

   On September 12, 2008 the Court issued an Order to Show Cause to defendant as to why this case should not be remanded to Orange County Superior Court for lack of jurisdiction.  Defendant was to file a response no later than September 22, 2008.

   The Court, having received not response from defendant and having concluded that there is no basis for jurisdiction in this Court, HEREBY ORDERS this action remanded to the Orange County Superior Court.

DATED: October 3, 2008

_____
James V. Selna

United States District Judge